IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00713-RPM-BNB

MEGAN EPLEY,

     Plaintiff,

v.

CENTRAL COLLECTION SERVICES,

     Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss without Prejudice [8] filed May 3, 2012, it is

ORDERED that the complaint is dismissed without prejudice and without costs to any

party.

DATED: May 4th,  2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge